# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 4, 2025

Lyle W. Cayce
Clerk

———————

No. 24-50996
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Alexandrea Snowden,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-213-1

_____

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Alexandrea Snowden has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Snowden has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50996

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.